IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**GLENN MACON**                                                                                          **PLAINTIFF**

V.                          Case No. 4:14-cv-00287-KGB-JTK

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                             **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered and adjudged that the decision of the Commissioner is affirmed and that plaintiff Glenn Macon's complaint is dismissed with prejudice.

SO ADJUDGED this the 29th day of September, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE